UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE FIRM ADVISORS, LLC | CIVIL ACTION NO. 3:23-cv-00602 |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| TRAINING LOGIC, INC. AND DENISE EVANS | MAGISTRATE JUDGE MCCLUSKY |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, The Firm Advisors, LLC ("Firm Advisors"), files this Motion for Entry of Consent Judgment ("Motion") and represents:

1. In this action to collect its broker fee, Firm Advisors named two Defendants in its Complaint: Training Logic, Inc. ("Training Logic") and Denise Evans ("Evans").

2. Training Logic has, as indicated by the signature of its duly authorized director, consented to the entry of judgment in favor of Firm Advisors in the form attached.

3. Specifically, the consent judgment awards Firm Advisors $161,499.50, which consists of:

    a. Firm Advisors' contractual broker fee of $144,199.50;

    b. Attorney's fees in the amount of $16,750; and

    c. Court and out-of-pocket costs in the amount of $550.

4. Entry of the proposed consent judgment will resolve the claims by Firm Advisors against Training Logic in this action.[1]

5. Accordingly, Firm Advisors respectfully requests that this Court grant the instant Motion and enter consent judgment in the form attached.

---

[1] The consent judgment does not, however, resolve Firm Advisors' claims against Evans (which Firm Advisors continues to pursue). Nor does it resolve Training Logic's crossclaim against Evans.

        Respectfully submitted,

        /s/ *Reid A. Jones*
        Reid A. Jones, La. Bar No. 34611
        WIENER, WEISS & MADISON
        A Professional Corporation
        330 Marshall Street, Suite 1000 (71101)
        P. O. Box 21990
        Shreveport, Louisiana 71120-1990
        (318) 226-9100, telephone
        (318) 424-5128, facsimile
        Email:  rjones@wwmlaw.com

        *Attorneys for Plaintiff, The Firm Advisors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following:

    Michael L. DuBos
    Breithaupt, DuBos & Wolleson, LLC
    1811 Tower Drive, Suite D
    Monroe, LA  71201
    michael@bdw.law

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed, and/or by electronic mail and/or by electronic notice.

    Shreveport, Louisiana, on November 9, 2023.

        /s/ Reid A. Jones
        Reid A. Jones