# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE FIRM ADVISORS, LLC | CIVIL ACTION NO. 3:23-cv-00602 |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| TRAINING LOGIC, INC. AND DENISE EVANS | MAGISTRATE JUDGE MCCLUSKY |

## CONSENT JUDGMENT

Considering the Motion for Entry of Consent Judgment filed by Plaintiff, The Firm Advisors, LLC ("Firm Advisors") [Doc. No. 22],

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The consent judgment does not, however, resolve Firm Advisors' claims against Denise Evans ("Evans"). Nor does it resolve Training Logic's crossclaim against Evans.

**IT IS FURTHER ORDERED** that Judgment be and is hereby rendered in favor of Firm Advisors and against Defendant, Training Logic, Inc., in the amount of $161,499.50, with judicial interest from the date of entry of this Judgment.

THUS DONE AND SIGNED this 13th day of November, 2023, in Monroe, Louisiana.

_____
CHIEF JUDGE TERRY A. DOUGHTY
WESTERN DISTRICT OF LOUISIANA

Judgment drafted by:

*/s/ Reid A. Jones*
Reid A. Jones, La. Bar No. 34611
WIENER, WEISS & MADISON
A Professional Corporation
330 Marshall Street, Suite 1000 (71101)
P. O. Box 21990
Shreveport, Louisiana 71120-1990
(318) 226-9100, telephone
(318) 424-5128, facsimile
Email: rjones@wwmlaw.com

*Attorneys for Plaintiff.*
*The Firm Advisors, LLC*

Approved as to form and content by:

_____
Wesley Parker
Duly authorized director of:
Training Logic, Inc.