UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE FIRM ADVISORS, LLC, <br>     Plaintiff | CIVIL ACTION NO. 23-00602 |
| VERSUS | CHIEF JUDGE TERRY A. DOUGHTY |
| TRAINING LOGIC, INC. and DENISE EVANS, <br>     Defendants | MAG. JUDGE KAYLA MCCLUSKY |

**NOTICE OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, come The Firm Advisors, LLC, Training Logic, Inc., and Denise Evans (collectively the "Parties") who respectfully give notice that they have reached a tentative settlement of this dispute and desire that the Court enter a 60-day notice of dismissal to allow for the completion of the settlement.

Respectfully submitted,

| | |
|---|---|
| **NEUNERPATE** | **COOK, YANCEY, KING & GALLOWAY** <br> **A PROFESSIONAL LAW CORPORATION** |
| By:   _s/ Cliff A. LaCour_____ <br>     Cliff A. LaCour    #30581 <br>     clacour@neunerpate.com <br>     Robert E. Torian   #18468 <br>     (rtorian@neunerpate.com) <br>     1001 W. Pinhook Road, Suite 200 <br>     Lafayette, Louisiana 70503 <br>     Ph.   (337) 237-7000 <br>     Fax   (337) 233-9450 <br><br> Attorneys for The Firm Advisors, LLC | By:   _s/ David J. Hemken_____ <br>     David J. Hemken   #35168 <br>     david.hemken@cookyancey.com <br>     Ashleigh B. Adams   #39777 <br>     ashleigh.adams@cookyancey.com <br>     333 Texas Street, Suit 1700 <br>     PO Box 22260 <br>     Shreveport, Louisiana 71120 <br>     Ph.   (318) 221-6277 <br>     Fax   (318) 227-7850 <br><br> Attorneys for Training Logic, Inc. |

**BREITHAUPT, DUBOS, & WOLLESON, LLC**

By:   _s/ Michael L. DuBos_
      Michael L. DuBos     #23944
      michael@bdw.law
      Adam R. Karamanis   #39544
      adam@bdw.law
      1811 Tower Drive
      Monroe, Louisiana 71201
      Ph.   (318) 322-1202
      Fax   (318) 322-1984

Attorneys for Denise Evans